IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JERRELL DIXON, #4157-21, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:22-cv-1941-M |
| THE STATE OF TEXAS, 443RD DISTRICT COURT, and CINDY ERMATINGER, 443RD DISTRICT COURT, | § § § § § § | |
| Defendants. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made, and reviewed the remaining proposed Findings, Conclusions, and Recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 17th day of October, 2022.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE